IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE DARIUS SIMS.   No. C-13-5506 TEH (PR)

ORDER OF TRANSFER

/

Plaintiff Darius Sims, a state inmate who is housed at Mule Creek State Prison (MCSP) in Ione, California, has filed a letter complaining of his treatment by medical staff at MCSP, which the Court construes as an attempt to file a pro se complaint under 42 U.S.C. § 1983.  Specifically, Plaintiff alleges that MCSP medical staff are misdiagnosing or ignoring his serious medical needs.  Doc. #1.

MCSP is located in Amador County, which lies in the Eastern District of California.  Thus, the events or omissions giving rise to Plaintiff's claims occurred in the Eastern District of California.  See 28 U.S.C. § 84(b).  Venue therefore properly lies in the Eastern District.  See 28 U.S.C. § 1391(b).

Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action is transferred to the United States

1  District Court for the Central District of California.
2           The Clerk shall transfer this matter, terminate all
3  pending motions as moot and close the file.
4
5           IT IS SO ORDERED.
6
7  DATED     *01/13/2014*           _____
                                     **THELTON E. HENDERSON**
8                                    **United States District Judge**

2