UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS, | No. 2:14-cv-0393 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SCOTT HEATLEY, | |
| Defendant. | |

Plaintiff, a state prisoner at Mule Creek State Prison (MCSP), has filed a "letter," complaining of his medical services at MCSP.[1] Plaintiff has also filed a request for extension of time within which to file a complaint and submit an application to proceed in forma pauperis.

In order to commence an action in this court, plaintiff must file an actual complaint, as required by Rule 3 of the Federal Rules of Civil Procedure, and must also pay the required filing fee OR file an application requesting leave to proceed in forma pauperis. See 28 U.S.C. §§ 1914(a), 1915(a). The court will not issue any orders granting or denying relief until an action has been properly commenced.

---

[1] Plaintiff's letter was originally filed in the United States District Court for the Northern District of California, on November 27, 2013. (ECF No. 1.) The matter was inadvertently transferred to the Central District of California. (See ECF No. 5.) By order filed January 30, 2014, this matter was transferred to the Eastern District of California, and assigned to the undersigned magistrate judge on February 6, 2014. (ECF No. 8-10.)

1

Therefore, plaintiff will be provided a reasonable opportunity to file a complaint, AND to submit an application requesting leave to proceed in forma pauperis OR to pay the full filing fee of $400.00 (filing fee of $350.00 plus $50.00 administrative fee).[2]

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff is granted thirty days after the date of service of this order to: (A) file a complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil Procedure, and the Local Rules of Practice;[3] AND (B) an application to proceed in forma pauperis on the form provided herewith by the Clerk of Court, OR pay the fee of $400.00.

2. Plaintiff's failure to comply with this order will result in a recommendation that this matter be dismissed.

3. The Clerk of the Court is directed to send plaintiff the court's forms for filing a prisoner civil rights action, and for seeking in forma pauperis status by a prisoner.

SO ORDERED.

Dated: February 12, 2014

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

sims0393.nocompl

---

[2] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the filing fee but will be allowed to pay it in installments. Litigants proceeding in forma pauperis are not required to pay the $50.00 administrative fee.

[3] The complaint must bear the docket number assigned this case; plaintiff must file an original and two copies of the complaint.

2