UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARIUS SIMS,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT HEATLEY, et al.,<br><br>    Defendants. | No. 2:14-cv-0393 KJN<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. Plaintiff requests that the court appoint counsel. District courts lack authority to require counsel to represent indigent prisoners in section 1983 cases. Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989). In exceptional circumstances, the court may request an attorney to voluntarily represent such a plaintiff. See 28 U.S.C. § 1915(e)(1). Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991); Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).

By concurrent order, this case has been referred to the Post-Screening Alternative Dispute Resolution ("ADR") Project in an effort to resolve this case. Accordingly, plaintiff's motion for appointment of counsel is denied without prejudice following the completion of the ADR process.

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for the appointment of counsel (ECF No. 48) is denied without prejudice.

Dated:  May 2, 2016

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

sims0393.31.kjn

2