UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

DARIUS SIMS
          Plaintiff,          No. 2:14-cv-0393 KJN P
  vs.

SCOTT HEATLEY, et al.
          Defendants.          **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**
_____/

      Darius Sims, inmate # T-51521, a necessary and material witness in a settlement conference in this case on July 22, 2016, is confined in Mule Creek State Prison, 4001 Highway 104, Ione, CA 95640, in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman at the United States District Court, Courtroom #25, 501 I Street, Sacramento, California 95814, on Friday, July 22, 2016, at 9:00 a.m.

      ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Mule Creek State Prison, P.O. Box 409099, Ione, CA 95640:**

      **WE COMMAND** you to produce the inmate named above to testify before Judge Newman at the time and place above, until completion of the settlement conference or as ordered by the court. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated: June 8, 2016

                                                KENDALL J. NEWMAN
                                                UNITED STATES MAGISTRATE JUDGE

/sims0393.841